UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUKHWINNDER SINGH,

Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ACTING ATTORNEY GENERAL TODD BLANCHE, and ST. CLAIR COUNTY JAIL,

Respondents.
_______________________________________/

Case No. 26-12783

Hon. Denise Page Hood

**ORDER TO SHOW CAUSE AND DIRECTING RESPONSE**
**and**
**NOTICE OF HEARING ON PETITION**

The Petitioner brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. The Court has reviewed the petition and deems that it is not appropriate for summary dismissal (28 U.S.C. § 2243), therefore,

IT IS ORDERED that the Clerk of Court must electronically forward a copy of the petition and this Order, to the Office of the United States Attorney, Eastern District of Michigan.

The Respondents shall file an answer to this petition and/or show cause why the writ should not be granted, along with relevant or supporting documentation within **14** days of the date of this order. The Petitioner may reply within **7** days from receipt of the Respondents' answer. A hearing on the petition is scheduled for **<u>September 17, 2026, 2:00 p.m.</u>**

In order to preserve the Court's jurisdiction over this matter, it is ordered that Petitioner's removal or deportation is hereby stayed until further order of the Court. 28 U.S.C. § 1651. For good cause shown, the Government may move to vacate this stay.

SO ORDERED.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: August 13, 2026